UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80901-BER

JUAN LATREZ POOLE, II,

Plaintiff,

vs.

U.S. DEPARTMENT OF STATE, *et al.*,

Defendants.

_______________________________________/

**REPORT AND RECOMMENDATION
TO DISMISS CASE WITHOUT PREJUDICE**

On July 28, 2026, *pro se* Plaintiff Juan Poole filed an Emergency Petition about denial of his passport application. ECF No. 1. Mr. Poole had not paid the filing fee or moved to proceed *in forma pauperis*. I decertified the emergency and subsequently ordered Mr. Poole to move for leave to proceed *in forma pauperis* or pay the filing fee by August 14, 2026. ECF No. 9. Subsequently, I extended Mr. Poole's deadline until September 1, 2026, to pay the filing fee or move to proceed *in forma pauperis*. ECF No. 11. To date, Mr. Poole has not moved for leave to proceed *in forma pauperis* or paid the filing fee.

Therefore, I ORDER the Clerk of the Court to randomly assign a District Judge to preside over this matter, and I RECOMMEND to the District Judge that the case is dismissed without prejudice for failure to comply with the Court's Orders. Fed. R. Civ. P. 41(b); *see Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("While dismissal is

an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion."); *State Exchange Bank v. Hartline*, 693 F.2d 1350, 1352 (11th Cir. 1982) ("The Federal Rules expressly authorize a district court to dismiss a claim, including a counterclaim, or entire action for failure to prosecute or obey a court order or federal rule.").

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss the case without prejudice.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 17th day of September 2026.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE