**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-80901-EA**

**Juan Latrez Poole, II,**

Plaintiff.

**U.S. Department of State, et al.,**

Defendants.

_________________________________/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court on the Plaintiff's emergency petition for writ of mandamus (the "Petition") [ECF No. 1] and Magistrate Judge Bruce Reinhart's Report and Recommendation on the same (the "Report") [ECF No. 12].

Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 12]** is **AFFIRMED.**
2. The Petition **[ECF No. 1]** is **DISMISSED WITHOUT PREJUDICE.**
3. The Clerk of Court is instructed to **CLOSE** this case. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of October 2026

Ed Artau

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:
**John Doe**
Homeless
PRO SE

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov